**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Eugene A. Ledet, Jr.
Brian Caubarreaux & Assoc.
4501 Jackson St., Ste A
Alexandria LA 71303

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 13, 2019

**REHEARING ACTION: March 13, 2019**

**Docket Number: 18   00292-CA**

**JOHN MANTIPLY AND MELISSA SUE MANTIPLY, ET AL.**
**VERSUS**
**JOSEPH I. HOFFMAN, JR., M.D.**

**Appealed from Rapides Parish Case No. 242390**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**
**Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Mantiply and Melissa Mantiply** has this day been

**DENIED.**

cc: Gregory Engelsman, Counsel for the Appellee
    Eric John Miller, Counsel for the Appellee